## 55535. CONSOLIDATED FREIGHTWAYS v. SLADE.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED MARCH 7, 1978 — DECIDED MAY 3, 1978 — REHEARING DENIED MAY 22, 1978.

*Swift, Currie, McGhee & Hiers, Glover McGhee,* for appellant.

*C. C. Perkins,* for appellee.